```
ANDREW R. HADEN
Acting United States Attorney
SEAN VAN DEMARK
Assistant United States Attorney
Hawaii State Bar No. 10288
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-7657
Email:  sean.van.demark@usdoj.gov
```

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESSE CLARK GARCIA (1), <br><br> DIEGO BONILLO (2), <br><br> Defendants. | Case No.: 24-cr-0908-RBM <br><br> **UNITED STATES' MOTION TO DISCLOSE GRAND JURY MATERIAL** |

The United States of America, by and through its counsel, Andrew R. Haden, Acting United States Attorney, and Sean Van Demark, Assistant United States Attorney, hereby requests permission to disclose to the Defendants in this case all Grand Jury Subpoenas issued under USAO Number 2022R02731, and materials received in response (which include bank statements and tax records), for the purpose of producing discovery in this case.

DATED: February 24, 2025          Respectfully submitted,

ANDREW R. HADEN
Acting United States Attorney

*Sean Van Demark*
SEAN VAN DEMARK
Assistant U.S. Attorney