**JENNIFER L. COON**
California State Bar No. 203913
**LAW OFFICE OF JENNIFER L. COON**
185 West F Street, Suite 100
San Diego, California 92101
Tel: (619) 544-9200 / Fax: (619) 272-2672
Email: jlc@jennifercoonlaw.com

Attorney for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. RUTH BERMUDEZ MONTENEGRO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.  24CR0908-RBM |
| Plaintiff,   ) | |
| ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v.   ) | |
| ) | |
| JESSE CLARK GARCIA,   ) | |
| Defendant.   ) | |
| ) | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the Sentencing Hearing currently scheduled for September 26, 2025, at 9:00 a.m., be continued to December 19, 2025, at 9:00 a.m., before the Honorable Ruth Bermudez Montenegro. The reasons for the request are the defense's request for more time to prepare for sentencing. Mr. Garcia is in custody, and the government concurs with the continuance request.

                                                   Respectfully submitted,

DATED: September 24, 2025       *s/ Jennifer L. Coon*
                                                 JENNIFER L. COON
                                                 Attorney for Mr. Garcia

DATED: September 24, 2025      *s/ Sean Van Demark*
                                                 SEAN VAN DEMARK
                                                 Assistant United States Attorney